UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SANDRA OLIO,

    Plaintiff,

v.                                      Case No:  6:20-cv-2115-Orl-37TBS

C R BARD INCORPORATED and
BARD PERIPHERAL VASCULAR
INCORPORATED,

    Defendants.

## ORDER OF DISMISSAL

The parties have filed a Joint Stipulation of Dismissal without Prejudice. (Doc. 29). The notice is effective without an order.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz*, *LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).  Accordingly, it is

**ORDERED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**. All pending motions are denied as moot and all deadlines and hearings are terminated. The Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 11, 2021.



ROY B. DALTON JR.
United States District Judge

Copies to:

Counsel of Record